## WINCHESTER-SIMMONS COMPANY v. CONSOLIDATED HARD-WARE COMPANY.

(Decided March 28, 1930.)

Robert Crenshaw for movant.

John T. King opposed.

PER CURIAM. Judgment for $360 in an action on six notes.

Appeal denied; judgment affirmed.

## SECURITY FINANCE COMPANY v. CHESSER

(Decided March 18, 1930.)

James Clay and J. W. Riley for movant.

W. C. Hamilton opposed.

PER CURIAM. Judgment for $300 in an action for breach of contract.

Appeal denied; judgment affirmed.

## STEVENS v. CUNNINGHAM AND ALEXANDER

(Decided March 25, 1930.)

Marshall Duncan for movant.

W. F. Grigsby, opposed.

PER CURIAM. Judgment for $200 in an action on six notes.

Appeal denied; judgment affirmed.

Judge Grigsby not sitting.